FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 13 2009

Stephan Harris, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JERAMIE JOHN E. LARGE, | |
| Petitioner, | |
| vs. | Case No. 09-CV-214-J |
| PARK COUNTY DETENTION CENTER ADMINISTRATOR; PARK COUNTY DETENTION CENTER SHERIFF; and PARK COUNTY DETENTION CENTER STAFF, | |
| Respondents. | |

## JUDGMENT

This matter came before the Court upon a petition for a writ of habeas corpus. The Court reviewed the petition and entered an order dismissing the petition.

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's petition for a writ of habeas corpus is **DISMISSED**, without prejudice.

Dated this 13th day of October, 2009.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE